AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

VICTOR MANUEL TAGLE,

    Petitioner,   JUDGMENT IN A CIVIL CASE
V.

           CASE NUMBER:  3:13-cv-00318-HDM-WGC

RENEE BAKER, *et al.*,

    Respondents.

\_\_\_  **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

\_\_\_  **Decision by Court.** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

 **X**   **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED without prejudice.**  No certificate of appealability will issue as to this dismissal for failure to comply with the orders of the Court.

    August 7, 2013       **LANCE S. WILSON**
                                                 Clerk

                                                 /s/ K. Rusin
                                                 Deputy Clerk