# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| VICTOR TAGLE, | ) | |
| | ) | |
| Petitioner, | ) | 3:13-cv-00318-HDM-WGC |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| RENEE BAKER, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner Victor Tagle was directed to pay the filing fee in this action, but failed to do so. As a result, the matter was dismissed on August 7, 2013. Since dismissal, petitioner has submitted numerous letters which have been returned to him with various instructions to put his requests in the form of a motion.

Petitioner moves the Court for an order directing the "proper authorities to intervien [sic] on the Mail, and prisoner's rights abuse." ECF No. 15. Petitioner has been advised that this case has been dismissed and it has also been suggested to him that, based on the nature of his claims, the best course of action might be through a civil rights complaint. *See* ECF No. 3. Petitioner was even provided with the necessary forms to pursue such an action. *Id.*

Because this action has been dismissed, the Court will order that no other documents be admitted for filing in this action except a proper Notice of Appeal.

**IT IS THEREFORE ORDERED** that the motion for court order (ECF No. 15) is **DENIED**.

1   **IT IS FURTHER ORDERED** that the Clerk shall not accept any other documents for filing in
2   this action except a proper Notice of Appeal**.**
3   Dated this 5th day of September, 2013.

_____
UNITED STATES DISTRICT JUDGE

2