# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

VICTOR TAGLE,

    Petitioner,

vs.

RENEE BAKER,

    Respondent.

Case No. 3:13-cv-00318-HDM-WGC

**ORDER**

Petitioner has filed a motion for information (ECF No. 21). The court strikes this motion because the court already has instructed petitioner not to file any other documents except for a proper notice of appeal, which petitioner has done.

IT IS THEREFORE ORDERED that the clerk of the court shall **STRIKE** the motion for information (ECF No. 21).

DATED: October 6, 2016.

_____
HOWARD D. MCKIBBEN
United States District Judge